**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joseph Sargus, et al.
                      Plaintiff,

v.                                                  Case No.: 1:08–cv–03194
                                                  Honorable Joan B. Gottschall

AT Systems, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: ( Status hearing set for 8/14/2008 is stricken and reset to 9/3/2008 at 09:30 AM by request of the parties.) Defendants to answer or otherwise plead on or before 9/3/2008. If stipulation to dismiss is filed prior to 9/3/2008, no appearance is required on 9/3/2008. Telephone notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.