UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joseph Sargus, et al.
                  Plaintiff,

v.                                        Case No.: 1:08–cv–03194
                                                       Honorable Joan B. Gottschall

AT Systems, Inc., et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:( Status hearing set for 9/3/2008 is stricken and reset to 9/4/2008 at 09:30 AM.) By agreement of the parties, Defendants' answer due date of 9/3/2008 is stricken due to settlement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.