IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH SARGUS and NICK CARPARELLI,<br>    On behalf of themselves and all<br>    Other plaintiffs known and<br>    Unknown,<br><br>              Plaintiffs<br><br>              v.<br><br>AT SYSTEMS, INC., and, GARDA CL,<br><br>              Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 CV 3194<br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

NOW COME Plaintiffs Joseph Sargus and Nick Carparelli ("Plaintiffs") and Defendants, AT Systems, Inc. and Garda CL Great Lakes, Inc. (misidentified in the Complaint as Garda CL) ("Defendants") (collectively "the Parties"), by and through their respective attorneys, and jointly move for the Court to approve the settlement entered between the parties. In support of the motion, the parties state as follows:

1. Plaintiffs filed a complaint against Defendant under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*, arising out of their former employment with one or both of Defendants.

2. Following negotiations between counsel for Defendants and counsel for Plaintiffs, the parties have reached a mutually satisfactory settlement.[1]

---

[1] While Plaintiffs fashioned their Complaint as a putative class/collective action, the settlement is between the Defendants and the named Plaintiffs only. Plaintiffs file herewith a Motion to Voluntarily Dismiss their class allegations.

3. When employees bring a private action against their employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter a stipulated dismissal of the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a *bona fide* dispute over wages under the FLSA. *See, e.g., Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

4. Copies of the Confidential Settlement Agreement and Release entered into between Defendants and Plaintiff Sargus and the Confidential Settlement Agreement and Release entered into between Defendants and Plaintiff Carparelli (collectively, the "Agreements") will be provided to the Court in chambers. The parties intend and request that the confidentiality of the Agreements be maintained and that they not be included in the Court's Order or in any public record.

5. The parties request that the Court approve the settlement as a fair and reasonable resolution of *bona fide* disputes over wages under the FLSA and IMWL and IWPCA.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court enter an Order approving the settlement between the parties as a fair and reasonable resolution of *bona fide* disputes under the FLSA, IMWL and IWPCA.

| | |
|---|---|
| JOSEPH SARGUS & NICK CARPARELLI | AT SYSTEMS, INC. & GARDA CL GREAT LAKES, INC. |
| By:___/s/ John Billhorn_____ | By:_____/s/ Laura B. Friedel_____ |
| One of their Attorneys | One of Their Attorneys |
| John Billhorn | Patricia Costello Slovak |
| BILLHORN LAW FIRM | Laura B. Friedel |

| | |
|---|---|
| 515 N. State Street<br>Suite 2200<br>Chicago, Illinois  60610<br>(312) 464-1450<br>Attorney for Plaintiff | SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>(312) 258-5500<br>Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 28, 2008 she electronically filed the foregoing **Joint Motion for Court Approval of Settlement** using the CM/ECF System, which will send notification of such finding to the following counsel of record:

> John Billhorn
> BILLHORN LAW FIRM
> 515 N. State Street
> Suite 2200
> Chicago, Illinois  60610

                                            /s/ Laura B. Friedel
                                            Laura B. Friedel