IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SARGUS and NICK CARPARELLI, )<br>   On behalf of themselves and all )<br>   Other plaintiffs known and )<br>   Unknown, )<br>                                      )<br>        Plaintiffs    )<br>                                      )<br>        v.           )<br>                                      )<br>AT SYSTEMS, INC., and, GARDA CL, )<br>                                      )<br>        Defendants    ) | No. 08 CV 3194<br><br>Judge Gottschall<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

   TO:  **John Billhorn**
           **BILLHORN LAW FIRM**
           **515 N. State Street**
           **Suite 2200**
           **Chicago, Illinois 60610**

     **PLEASE TAKE NOTICE** that on **Thursday, September 4, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any Judge sitting in her stead, in room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, to present the Parties' **Joint Motion for Approval of Settlement.**

Dated: August 28, 2008                           Respectfully submitted,

                                                      By: /s/ Laura B. Friedel
                                                      Patricia Costello Slovak
                                                      Laura B. Friedel
                                                      SCHIFF HARDIN LLP
                                                      6600 Sears Tower
                                                      Chicago, Illinois 60606
                                                      Telephone: (312) 258-5500
                                                      Facsimile: (312) 258-5600

                                                      Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 28, 2008 she electronically filed the foregoing **Notice of Motion** using the CM/ECF System, which will send notification of such finding to the following counsel of record:

>John Billhorn
>BILLHORN LAW FIRM
>515 N. State Street
>Suite 2200
>Chicago, Illinois  60610

>_____/s/ Laura B. Friedel_____
>Laura B. Friedel