IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SARGUS and NICK CARPARELLI, ) <br> On behalf of themselves and all  ) <br> Other plaintiffs known and  ) <br> Unknown,  ) <br> ) <br> Plaintiffs  ) <br> ) <br> v.  ) <br> ) <br> AT SYSTEMS, INC., and, GARDA CL,  ) <br> ) <br> Defendants  ) | No. 08 CV 3194 <br><br> **Judge Gottschall** <br><br> Magistrate Judge Denlow |

**PLAINTIFFS' UNOPPOSED MOTION TO
VOLUNTARILY DISMISS WITH PREJUDICE ALL RULE 23
AND FLSA CLASS ALLEGATIONS PURSUANT TO FRCP 41(a)(1)**

NOW COME Plaintiffs, by their attorney of record, and for their Unopposed Motion To Voluntarily Dismiss With Prejudice All Rule 23 and FLSA Class Allegations, states as follows:

1. Plaintiffs and Defendant have negotiated a settlement of Plaintiffs' individual claims and concurrently before this Court is the parties' Joint Motion For Approval.

2. For the purposes of accurately identifying this settlement to be one for only the named Plaintiffs' individual claims, Plaintiffs desire to have the record reflect the voluntarily dismissal with prejudice and pursuant to FRCP 41(a)(1) all allegations pertaining to class or collective treatment under FRCP 23 or Section 216(b) of the Fair Labor Standards Act, 29 USC Section 210, et. seq.

**WHEREFORE**, Plaintiffs request this Court to enter an order granting their Motion for Voluntary Dismissal with Prejudice of all claims brought pursuant to FRCP 23 or Section 216(b) of the FLSA, and for such other relief the Court deems appropriate under the circumstances.

    Respectfully Submitted,

    JOSEPH SARGUS & NICK CARPARELLI

    *Electronically Filed 8/29/2008*

    By: s/ John W. Billhorn    .
        John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street
Suite 2200
Chicago, Illinois  60610
(312) 464-1450

2