IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SARGUS and NICK CARPARELLI, On behalf of themselves and all Other plaintiffs known and Unknown,<br><br>            Plaintiffs<br><br>        v.<br><br>AT SYSTEMS, INC., and, GARDA CL,<br><br>            Defendants | No. 08 CV 3194<br><br>**Judge Gottschall**<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:  Patricia Costell Slovak
     Laura Beth Friedel
     Schiff Hardin LLP
     6600 Sears Tower
     Chicago, IL 60606

    PLEASE TAKE NOTICE that on <u>Thursday, September 4, 2008 at 9:30 a.m.</u> that we shall appear before the <u>Honorable Judge Gottschall</u> in <u>Courtroom 2325</u> of the United States Courthouse, 219 S. Dearborn, Chicago, IL., and then and there present the attached **PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ALL RULE 23 AND FLSA CLASS ALLEGATIONS PURSUANT TO FRCP 41(a)(1),** a copy of which is hereby served upon you.

                                                               s/ John W. Billhorn

                                                               *Electronic Filed 08/29/2008*

                                                               _____

                                                               John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610

### **CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney, hereby attests under oath that on August 29, 2008, she caused to be served upon the individual(s) of record herein **PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ALL RULE 23 AND FLSA CLASS ALLEGATIONS PURSUANT TO FRCP 41(A)(1),** by the Court's ECF system or as otherwise directed.

                                                              s/ Jodi S. Hoare
                                                        _____
                                                        Jodi S. Hoare